```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :   ORDER
v.                              :
                                :   20 Mag. 1367
NOEL LUIS EDWARDS,              :
                   Defendant.   :
-------------------------------------------------------x
```

For the reasons stated on the record at a bail review hearing held today, the Court DENIES defendant's application for release on bail. Defendant is continued detained pending trial.

Dated: April 21, 2020
　　　　White Plains, NY

　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Vincent L. Briccetti
　　　　　　　　　　　　　　　　　　United States District Judge

1